IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATTERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY DEPARTMENT OF<br>HUMAN SERVICES, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: 1:12-cv-00523 LJO JLT<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION DENYING<br>PLAINTIFF'S MOTION TO PROCEED IN<br>FORMA PAUPERIS AND DISMISSING<br>PLAINTIFF'S COMPLAINT WITHOUT<br>LEAVE TO AMEND<br><br>(Doc. 3) |

　　　　James Patterson ("Plaintiff") seeks to proceed *pro se* and *in forma pauperis* in this civil rights action initiated on April 5, 2012. Plaintiff seeks review of a child custody determination, and alleges the Department of Human Services inaccurately recorded information. (Doc. 1 at 7). On April 22, 2012, the Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1914(a), and recommended Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed without leave to amend. (Doc. 3).

　　　　The Magistrate Judge observed Plaintiff, in essence, requests a de novo review of a child custody determination because he requests the Court examine the entire case, interview attorneys involved, and review interviews and records. Because Plaintiff fails to raise a constitutional issue and domestic relations cases, including "the proper care, custody and control of juveniles . . . have traditionally been left to the states," the Magistrate Judge determined the Court lacks jurisdiction

over the matter. (Doc. 3 at 3-4) (citing Peterson v. Babbit, 708 F.2d 465, 466 (9th Cir. 1983)). Further, the Magistrate Judge observed the Court lacks authority to determine whether a state court acted appropriately. (Id. at 4) (citing Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983)). Accordingly, the Magistrate Judge determined Plaintiff's complaint failed to state a claim upon which relief should be granted, and his motion to proceed *in forma pauperis* should be denied. (Id. at 5).

Although Plaintiff was granted fourteen days from April 11, 2012, or until April 25, 2012, to file objections to the Magistrate's Judges Findings and Recommendations, no objections were filed. Notably, Plaintiff was informed "failure to file objections within the specified time may waive the right to appeal the District Court's Order." (Doc. 3 at 6).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations April 11, 2012, are **ADOPTED IN FULL**;
2. Plaintiff's motion to proceed in forma pauperis is **DENIED**; and
3. Plaintiff's Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 27, 2012**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE